IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SYEDNA TAHER FAKHRUDDIN SAHEB, also known as TAHERBHAI K. QUTBUDDIN, also known as TAHER BHAI QUTUBUDDIN,<br><br>Plaintiff,<br><br>v.<br><br>MUFADDAL BURHANUDDIN SAIFUDDIN,<br><br>Defendant. | **ORDER TO SHOW CAUSE**<br><br><br><br>Case No. 2:18-cv-00043-BCW |

The Complaint in this matter was filed January 16, 2018. (ECF No. 2.) Pursuant to Rule 4(m), the Complaint should have been served within 90 days of filing, or April 16, 2018. As of today, the Complaint has not been served.

Accordingly, Plaintiff is hereby ordered to show cause why the above captioned case should not be dismissed without prejudice for lack of prosecution. Plaintiff is directed to respond in writing within 10 days from the date of this order and inform the court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

DATED this 27 April 2018.

*Brooke C. Wells*
Brooke C. Wells
United States Magistrate Judge