# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Alan L. Sullivan<br>Attorney at Law<br>Gateway Tower West, 15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1547, United States of America<br>Telephone: 801.257.1900, Email: asullivan@swlaw.com | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi<br>110 001 India |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

Mufaddal Burhanuddin Saifuddin
Burhani Manzil, 2nd Floor,
Saify Mahal, Malabar Hill, A.G.Bell Road,
Mumbai 400 006, India

[☑] a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a))*

[ ] b) in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

1. COMPLAINT against Mufaddal Burhanuddin Saifuddin filed by Syedna Taher Fakhruddin Saheb.
2. Civil Cover Sheet
3. Exhibit A – Articles of Incorporation of Dawat-E-Hadiyah (America), a Corporation Sole
4. Exhibit B – Restated Articles of Incorporation of Dawat-E-Hadiyah (America), a Corporation Sole
5. Exhibit C – Articles of Incorporation of Dawat-E-Hadiyah (Texas), a Corporation Sole
6. Exhibit D – Affirmation of Investiture
7. Exhibit E – Statement of Succession
8. Exhibit F – Amended and Restated Articles of Incorporation Dawat-E-Hadiyah (America)

* if appropriate / s'il y a lieu

| Done at / Fait à<br>Salt Lake City, Utah, USA<br>The / le | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|