**SNELL & WILMER L.L.P.**
Alan L. Sullivan (3152)
asullivan@swlaw.com
Gateway Tower West
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547
Telephone: 801.257.1900

**MARSHALL OLSON & HULL**
R. Stephen Marshall (2097)
smarshall@mohtrial.com
10 Exchange Place, Suite 350
Salt Lake City, Utah  84111
Telephone: 801.456.7655

Attorneys for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SYEDNA TAHER FAKHRUDDIN SAHEB, also known as TAHERBHAI K QUTBUDDIN, also known as TAHER BHAI QUTUBUDDIN,<br><br>                    Plaintiff,<br>        v.<br><br>MUFADDAL BURHANUDDIN SAIFUDDIN,<br><br>                    Defendant. | **STIPULATION FOR ACCEPTANCE OF SERVICE OF PROCESS**<br><br>Civil No: 2:18-cv-00043-BCW |

By and through their respective counsel, plaintiff Taher Fakhruddin Saheb and defendant

Mufaddal Burhanuddin Saifuddin hereby stipulate and agree as follows:

1.       Plaintiff shall file an Amended Complaint with the court pursuant to Rule

15(a)(1)(B), Federal Rules of Civil Procedure, which identifies plaintiff without the designation

"Syedna," as Taher Fakhruddin Saheb, also known as Taherbhai K Qutbuddin, also known as Taher Bhai Qutubuddin.

    2.    Defendant hereby acknowledges receipt and accepts service of the Summons and Amended Complaint in the above-captioned action as though defendant had been personally served in India pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff shall file this Stipulation with the court, which shall constitute proof of service on defendant under Rule 4(l), Federal Rules of Civil Procedure.  All defenses and objections that defendant may raise are reserved, except with respect to insufficient process or insufficient service of process, based on this Stipulation.

    3.    Defendant shall have 120 days from the date of this Stipulation within which to file a response to the Amended Complaint.  If defendant fails to do so, plaintiff will be entitled to take appropriate action.

    DATED this 13th day of November, 2018.

RAY QUINNEY & NEBEKER

By: /s/ Greggory J. Savage (signed with permission)
    Greggory J. Savage
    Attorneys for defendant

SNELL & WILMER L.L.P.

By: /s/  Alan L. Sullivan
    Alan L. Sullivan

MARSHALL OLSON & HULL

By: /s/ R. Stephen Marshall
    R. Stephen Marshall

Attorneys for Plaintiff

2