Greggory J. Savage (5988)
Gregory S. Roberts (9092)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385
gsavage@rqn.com
groberts@rqn.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| TAHER FAKHRUDDIN SAHEB, also known as TAHERBHAI K QUTBUDDIN, also known as TAHER BHAI QUTUBUDDIN,<br><br>Plaintiff,<br><br>v.<br><br>MUFADDAL BURHANUDDIN SAIFUDDIN,<br><br>Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br><br>Case No. 2:18-CV-00043-BCW |

Please take notice that Greggory J. Savage of the firm of Ray Quinney & Nebeker P.C. hereby enters his appearance as counsel for Defendant.

DATED this 13th day of November, 2018.

RAY QUINNEY & NEBEKER

*/s/ Greggory J. Savage*
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Alan L. Sullivan
    SNELL & WILMER, L.L.P.
    Gateway Tower West
    15 West South Temple, Suite 1200
    Salt Lake City, UT 84101-1547
    asullivan@swlaw.com

    R. Stephen Marshall
    MARSHALL OLSON & HULL
    10 Exchange Place, Suite 350
    Salt Lake City, UT 84111
    smarshall@mohtrial.com

    *Attorneys for Plaintiff*

                                        */s/ Pauline Langston*

1472086