Greggory J. Savage (5988)
Gregory S. Roberts (9092)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385
gsavage@rqn.com
groberts@rqn.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| TAHER FAKHRUDDIN SAHEB, also known as TAHERBHAI K QUTBUDDIN, also known as TAHER BHAI QUTUBUDDIN,<br><br>    Plaintiff,<br><br>v.<br><br>MUFADDAL BURHANUDDIN SAIFUDDIN,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Case No. 2:18-CV-00043-BCW |

Please take notice that Gregory S. Roberts of the firm of Ray Quinney & Nebeker P.C. hereby enters his appearance as counsel for Defendant.

DATED this 13th day of November, 2018.

RAY QUINNEY & NEBEKER


*/s/ Gregory S. Roberts*
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Alan L. Sullivan
>SNELL & WILMER, L.L.P.
>Gateway Tower West
>15 West South Temple, Suite 1200
>Salt Lake City, UT  84101-1547
>asullivan@swlaw.com
>
>R. Stephen Marshall
>MARSHALL OLSON & HULL
>10 Exchange Place, Suite 350
>Salt Lake City, UT  84111
>smarshall@mohtrial.com
>
>*Attorneys for Plaintiff*

/s/ Pauline Langston

1472089